IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOHN ACHATZ,

                Plaintiff,

vs.                                   Case No. 12-CV-1252-EFM-KMH

BOARD OF COUNTY COMMISSIONERS
OF RICE COUNTY, KANSAS,

                Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties, the Court finds that plaintiff's claims have been resolved with the Board of County Commissioners of Rice County Kansas, with each party to bear his or its own attorney's fees and costs. All claims of the plaintiff against the defendant the Board of County Commissioners of Rice County Kansas, are hereby dismissed with prejudice. Costs are assessed to the party incurring same.

IT IS SO ORDERED on this 14th day of December, 2012.

ERIC F. MELGREN
U. S. DISTRICT COURT JUDGE

APPROVED BY:


s/ Nathanael Berg
Nathanael Berg        #22204
Attorney for Plaintiff
HAMPTON & ROYCE, L.C.
119 W. Iron, Ninth Floor
P. O. Box 1247
Salina, KS 67402-1247
Telephone: (785) 827-7251
Fax: (785) 827-2815
Attorney's Email address:  nberg@hamptonlaw.com



s/ J. Steven Pigg
J. Steven Pigg         #09213
Attorney for Defendant
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
P. O. Box 949
Topeka, KS  66601-0949
Phone number:  (785) 232-7761
Fax number:  (785) 232-6604
Attorney's E-mail address:  spigg@fisherpatterson.com